**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: A.S., A MINOR | : | No. 276 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: L.P., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: A.F.S., A MINOR | : | No. 277 EAL 2022 |
| PETITION OF: L.P., MOTHER | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: C.R., A MINOR | : | No. 278 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: L.P., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: C.A.R., A MINOR | : | No. 279 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: L.P., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: T.R., A MINOR | : | No. 280 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: L.P., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: T.A.R., A MINOR | : | No. 281 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: L.P., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF J.S., A MINOR | : | No. 282 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: L.P., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

IN THE INTEREST OF: J.A.S., A MINOR    :   No. 283 EAL 2022

                                      :

                                      :

PETITION OF: L.S.P., MOTHER        :   Petition for Allowance of Appeal

                                      :   from the Order of the Superior Court

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 21st day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.

[276 EAL 2022, 277 EAL 2022, 278 EAL 2022, 279 EAL 2022, 280 EAL 2022, 281 EAL 2022, 282 EAL 2022 and 283 EAL 2022] - 2